IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Puller, Diane D

Printed: 02/17/09

Case Number: 08 B 02970
Judge: Wedoff, Eugene R
Filed: 2/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  November 20, 2008
Confirmed:  July 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,466.00 |  |
| Secured: |  | 2,190.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,527.76 |
| Trustee Fee: |  | 397.94 |
| Other Funds: |  | 1,350.00 |
| Totals: | 7,466.00 | 7,466.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jeff Whitehead | Administrative | 3,527.76 | 3,527.76 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 21,375.14 | 2,190.30 |
| 4. | ECast Settlement Corp | Unsecured | 290.27 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 632.11 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 254.97 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 466.83 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 721.88 | 0.00 |
| 9. | Standard Bank & Trust Co | Unsecured | 1,787.39 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 626.02 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 231.33 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 941.41 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 2,788.10 | 0.00 |
| 14. | State of Illinois | Secured |  | No Claim Filed |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| 16. | LTD Commodities | Unsecured |  | No Claim Filed |
| 17. | Safeway | Unsecured |  | No Claim Filed |
| 18. | Washington Mutual Finance | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,643.21 | $ 5,718.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 371.54 |
| 6.6% | 26.40 |
|  | $ 397.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Puller, Diane D | Case Number: 08 B 02970 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/17/09 | Filed: 2/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*